PEOPLE, Respondent, v. SUPERVISORS SAN FRAN-
CISCO COUNTY, Appellants.

No. 1233; November 1, 1867.

**Constables—Invalid Election.**—The election for constables in San Francisco in the year 1866 was held without authority.

APPEAL from Twelfth Judicial District, San Francisco County.

J. B. Felton and W. H. Culver for respondent; H. M. Hastings and S. M. Wilson for appellants.

SAWYER, J.—After a careful examination of the several statutes referred to by counsel, we are satisfied that there is no provision authorizing an election of constables, in the year 1866, in and for the city and county of San Francisco.

Judgment and order affirmed.

We concur: Curry, C. J.; Rhodes, J.; Shafter, J.